Dismissed and Memorandum Opinion filed June 5, 2008








Dismissed
and Memorandum Opinion filed June 5, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00753-CV

____________

 

GAINEY TRANSPORTATION SERVICES,
INC. AND 

MARCUS DUNCAN, Appellants

 

V.

 

MARY TENORIO, INDIVIDUALLY AND AS 

INDEPENDENT ADMINISTRATOR OF THE
ESTATE OF 

JUAN TENORIO DECEASED; JOHN
TENORIO, 

CHRISTINA TENORIO, AND GINGER
TENORIO, Appellees

 



 

On Appeal from Probate Court No. 1

Harris County,
Texas

Trial Court Cause
No. 360244-401

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 4, 2007.  On May 27, 2008, appellants
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.








Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed June 5,
2008.

Panel consists of Justices Frost, Seymore, and Guzman.